AMALIA MARRA, respondent,

*v.*

MARIA MARRA et al., appellants.

[Decided May 19th, 1930.]

*Messrs. Cantillo & Scuorzo,* for the respondent.

*Mr. Anthony A. Calandra* and *Mr. James J. Farley,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *105 N. J. Eq. 18.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.